August Block, Appellant, v. W. W. Kimball Company, Appellee.

Gen. No. 40,937. (Abstract of Decision.)

Heard in first division, first district, this court at October term, 1939; opinion filed May 20, 1940. Schachner & Siegan, Charles C. Spencer and Richard M. Spencer, for appellant; Alden, Latham & Young, for appellee; Carl R. Latham and Norman A. Korfist, of counsel. Opinion by Justice O'Connor. ''Not to be published in full.''